# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| KAMIEN, KENNETH K. § | Case No. 08-04150 |
| KAMIEN, SUSIE § | |
| § | |
| Debtor(s) § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 02/22/2008 . The undersigned trustee was appointed on 02/22/2008 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $          6,979.55

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Administrative expenses | 11.01 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 6,968.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 11/28/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,447.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,447.96, for a total compensation of $ 1,447.96. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00, and now requests reimbursement for expenses of $ 28.59, for total expenses of $ 28.59.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/04/2009           By:/s/Phillip D. Levey
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-04150   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | KAMIEN, KENNETH K. | Date Filed (f) or Converted (c): | 02/22/08 (f) |
|  | KAMIEN, SUSIE | 341(a) Meeting Date: | 03/24/08 |
| For Period Ending: | 11/06/09 | Claims Bar Date: | 11/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family 5221 S. Nagle Chicago, IL  Debtor Claimed Exemption | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 2-Flat located at 1953 S. Homan, Chicago, Illinois | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. cash on hand | 100.00 | 100.00 | DA | 0.00 | FA |
| 4. Chicago Patrolman's Federal Credit Union Chicago,  Debtor Claimed Exemption | 1,558.00 | 1,200.00 | DA | 0.00 | FA |
| 5. Checking Account w/Chase Bank Louisville, KY  Debtor Claimed Exemption | 230.00 | 800.00 | DA | 0.00 | FA |
| 6. Misc. household goods | 900.00 | 900.00 | DA | 0.00 | FA |
| 7. Misc. wearing apparel  Debtor Claimed Exemption | 700.00 | 700.00 | DA | 0.00 | FA |
| 8. Life Insurance policy Beneficiary Susie Kamien  Debtor Claimed Exemption | 300.00 | 300.00 | DA | 0.00 | FA |
| 9. Retirement Pension w/Nationwide Retirement Soultio  Debtor Claimed Exemption | 17,000.00 | 17,000.00 | DA | 0.00 | FA |
| 10. Northwestern Mutual IRA  Debtor Claimed Exemption | 19,000.00 | 19,000.00 | DA | 0.00 | FA |
| 11. Lucid Management, Inc. (real estate management com | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Lucid Fitness, Inc. Closely held corporation. Debt | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 2002 Chevrolet Trailblazer  Debtor Claimed Exemption | 3,875.00 | 9,800.00 | DA | 0.00 | FA |
| 14. 1995 Chevrolet Caprice  Debtor Claimed Exemption | 450.00 | 3,000.00 | DA | 0.00 | FA |
| 15. 2007 Tax Refund  Debtor Claimed Exemption | 13,188.00 | 6,976.00 |  | 6,976.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 3.55 | Unknown |

LFORM1

UST Form 101-7-TFR (9/1/2009) *(Page: 3)*

Ver: 15.02

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 08-04150   PSH   Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | KAMIEN, KENNETH K. | Date Filed (f) or Converted (c): | 02/22/08 (f) |
| | KAMIEN, SUSIE | 341(a) Meeting Date: | 03/24/08 |
| | | Claims Bar Date: | 11/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|   |   |   |   |   |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $257,301.00 | $59,776.00 | | $6,979.55 | Gross Value of Remaining Assets $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/09     Current Projected Date of Final Report (TFR): 11/30/09

Case 08-04150   Doc 39   Filed 12/11/09   Entered 12/11/09 15:17:42   Desc Main
Document   Page 5 of 10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 08-04150 -PSH | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | KAMIEN, KENNETH K. | Bank Name: | BANK OF AMERICA |
| | KAMIEN, SUSIE | Account Number / CD #: | *******3179 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4879 | | |
| For Period Ending: | 11/06/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/08 | 15 | Kenneth & Susie Kamien | 2007 Tax Refund-Installment | 1124-000 | 4,976.00 | | 4,976.00 |
| 08/29/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.08 | | 4,976.08 |
| 09/29/08 | 15 | Kenneth & Susie Kamien | Installment-Tax Refund | 1124-000 | 1,000.00 | | 5,976.08 |
| 09/30/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.61 | | 5,976.69 |
| 10/22/08 | 15 | Kenneth Kamien | Installment - Tax Refund | 1124-000 | 1,000.00 | | 6,976.69 |
| 10/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.57 | | 6,977.26 |
| 11/28/08 | 16 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.56 | | 6,977.82 |
| 12/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.36 | | 6,978.18 |
| 01/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,978.24 |
| 02/27/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,978.29 |
| 03/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,978.35 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 11.01 | 6,967.34 |
| 04/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,967.49 |
| 05/29/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,967.67 |
| 06/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,967.84 |
| 07/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,968.02 |
| 08/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,968.20 |
| 09/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,968.37 |
| 10/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,968.54 |

Page Subtotals   6,979.55   11.01

Ver: 15.02

LFORM24
UST Form 101-7-TFR (9/1/2009) (Page: 5)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 08-04150 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | KAMIEN, KENNETH K. | Bank Name: | BANK OF AMERICA |
| | KAMIEN, SUSIE | Account Number / CD #: | *******3179 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4879 | | |
| For Period Ending: | 11/06/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,979.55 | 11.01 | 6,968.54 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 6,979.55 | 11.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,979.55 | 11.01 | |
| | | | | | | **NET** | **ACCOUNT** |
| | | | **TOTAL - ALL ACCOUNTS** | | **NET DEPOSITS** | **DISBURSEMENTS** | **BALANCE** |
| | | | Money Market Account (Interest Earn - ********3179 | | 6,979.55 | 11.01 | 6,968.54 |
| | | | | | 6,979.55 | 11.01 | 6,968.54 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 15.02

UST Form 101-7-TFR (9/1/2009) (Page: 6)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-04150
Case Name: KAMIEN, KENNETH K.
　　　　　　KAMIEN, SUSIE
Trustee Name: Phillip D. Levey

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Trustee: Phillip D. Levey* | $ 1,447.96 | $ 28.59 |
| *Attorney for trustee: Phillip D. Levey* | $ 1,694.00 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,355.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | LVNV Funding LLC assignee of Citibank | $ 575.28 | $ 52.83 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | PYOD LLC assignee of Washington Mutual | $ 5,366.16 | $ 492.81 |
| 000003 | Discover Bank/DFS Services LLC | $ 2,529.19 | $ 232.28 |
| 000004 | Chase Bank USA, N.A | $ 214.13 | $ 19.67 |
| 000005 | CHASE BANK USA | $ 13,362.22 | $ 1,227.15 |
| 000006 | Capital Recovery II | $ 2,746.19 | $ 252.20 |
| 000007 | Capital Recovery II | $ 720.01 | $ 66.12 |
| 000008 | eCAST Settlement Corp assignee of HSBC | $ 15,842.37 | $ 1,454.93 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .