## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| KAMIEN, KENNETH K. | § | Case No. 08-04150 |
| KAMIEN, SUSIE | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/14/2010 in Courtroom 644,
United States Courthouse
219 South Dearborn Street
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: <u>Kenneth S. Gardner</u>
                                                Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| KAMIEN, KENNETH K. | § | Case No. 08-04150 |
| KAMIEN, SUSIE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | --- |
| *The Final Report shows receipts of* | $ | 6,979.73 |
| *and approved disbursements of* | $ | 11.01 |
| *leaving a balance on hand of*[1] | $ | 6,968.72 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
| --- | --- |
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
| --- | --- | --- |
| Trustee: Phillip D. Levey | $ 1,447.97 | $ 28.59 |
| Attorney for trustee: Phillip D. Levey | $ 1,694.00 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,355.55 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | LVNV Funding LLC assignee of Citibank | $ 575.28 | $ 52.83 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | PYOD LLC assignee of Washington Mutual | $ 5,366.16 | $ 492.84 |
| 000003 | Discover Bank/DFS Services LLC | $ 2,529.19 | $ 232.28 |
| 000004 | Chase Bank USA, N.A | $ 214.13 | $ 19.67 |
| 000005 | CHASE BANK USA | $ 13,362.22 | $ 1,227.21 |
| 000006 | Capital Recovery II | $ 2,746.19 | $ 252.21 |
| 000007 | Capital Recovery II | $ 720.01 | $ 66.13 |
| 000008 | eCAST Settlement Corp assignee of HSBC | $ 15,842.37 | $ 1,454.99 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: nmolina                Page 1 of 1                  Date Rcvd: Dec 14, 2009
Case: 08-04150                 Form ID: pdf006              Total Noticed: 31


The following entities were noticed by first class mail on Dec 16, 2009.
db/jdb        +Kenneth K. Kamien,   Susie Kamien,   5221 S. Nagle,   Chicago, IL 60638-1338
aty           +Constantine Dean Matsas,   C Dean Matsas & Associates, PC,   5153 N Broadway,
               Chicago, IL 60640-3000
tr            +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
12627861      +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
14361687       CHASE BANK USA, NA,   PO BOX 15145,   WILMINGTON, DE 19850-5145
11975038      +Chase,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
12617231       Chase Bank USA,N.A,   P O Box 15145,   Wilmington, DE 19850-5145
11975039      +Citimortgage Inc,   Po Box 9438,   Gaithersburg, MD 20898-9438
12125381      +City of Chicago Department of Water,   PO Box 6330,   Chicago, IL 60680-6330
11975040      +Codilis & Associates, P.C.,   15W030 N. Frontage Road,   Ste. 100,   Burr Ridge, IL 60527-6921
11975041      +Collection Company Of,   700 Longwater Dr,   Norwell, MA 02061-1796
11975044      +Home Coming Funding Ne,   2711 N Haskell Ave. Sw 1,   Dallas, TX 75204-2911
11975045      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
11975046      +Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850-5519
11975047      +Hsbc/Bstby,   1405 Foulk Road,   Wilmington, DE 19803-2769
11975050      +Nationwide Credit & Collection, Inc,   9919 Roosevelt Road,   Westchester, IL 60154-2774
12575731       PYOD LLC its successors as assignee of,   Washington Mutual,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
11975051      +Sallie Mae Servicing,   1002 Arthur Dr,   Lynn Haven, FL 32444-1683
11975052      +Sears/Cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
11975053       Wash Mutual/Providian,   Po Box 9180,   Pleasanton, CA 94566
11975054      +Wfnnb/New York & Compa,   220 W Schrock Rd,   Westerville, OH 43081-2873
13587857       eCAST Settlement Corporation assignee of,   HSBC Bank Nevada and its Assigns,   POB 35480,
               Newark NJ 07193-5480

The following entities were noticed by electronic transmission on Dec 14, 2009.
13004831      +E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2009 00:52:26     Capital Recovery II,
               25 SE 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
12578959       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2009 01:15:03
               Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11975042      +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 15 2009 01:15:03     Discover Fin Svcs Llc,
               Po Box 15316,   Wilmington, DE 19850-5316
11975043      +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2009 00:52:26     Gemb/Sams Club,   Po Box 981400,
               El Paso, TX 79998-1400
11975049      +E-mail/PDF: cr-bankruptcy@kohls.com Dec 15 2009 01:15:03     Kohls/Chase,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-5660
11975048       E-mail/PDF: cr-bankruptcy@kohls.com Dec 15 2009 01:15:03     Kohls/Chase,   N56 W17000 Ridge,
               Menomonee Fall, WI 53051
12575730       E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors as,   assignee of Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
13004832       E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2009 00:52:26
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
12693987      +E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2009 00:52:28
               Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
               25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**                          **Signature:**   *Joseph Speetjens*