UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
KAMIEN, KENNETH K.                  §    Case No. 08-04150
KAMIEN, SUSIE                       §
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $        (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CAPITAL RECOVERY II | | | | | |
| CAPITAL RECOVERY II | | | | | |
| CHASE BANK USA | | | | | |
| CHASE BANK USA,N.A | | | | | |
| DISCOVER BANK/DFS SERVICES LLC | | | | | |
| ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| LVNV FUNDING LLC ASSIGNEE OF CITIBA | | | | | |
| PYOD LLC ASSIGNEE OF WASHINGTON MUT | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 08-04150 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | KAMIEN, KENNETH K. | Date Filed (f) or Converted (c): | 02/22/08 (f) |
| | KAMIEN, SUSIE | 341(a) Meeting Date: | 03/24/08 |
| For Period Ending: | 03/07/10 | Claims Bar Date: | 11/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family 5221 S. Nagle Chicago, IL | 200,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. 2-Flat located at 1953 S. Homan, Chicago, Illinois | 0.00 | 0.00 | DA | 0.00 | FA |
| 3. cash on hand | 100.00 | 100.00 | DA | 0.00 | FA |
| 4. Chicago Patrolman's Federal Credit Union Chicago, | 1,558.00 | 1,200.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Checking Account w/Chase Bank Louisville, KY | 230.00 | 800.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Misc. household goods | 900.00 | 900.00 | DA | 0.00 | FA |
| 7. Misc. wearing apparel | 700.00 | 700.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Life Insurance policy Beneficiary Susie Kamien | 300.00 | 300.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. Retirement Pension w/Nationwide Retirement Soultio | 17,000.00 | 17,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. Northwestern Mutual IRA | 19,000.00 | 19,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Lucid Management, Inc. (real estate management com | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. Lucid Fitness, Inc. Closely held corporation. Debt | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. 2002 Chevrolet Trailblazer | 3,875.00 | 9,800.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 14. 1995 Chevrolet Caprice | 450.00 | 3,000.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 15. 2007 Tax Refund | 13,188.00 | 6,976.00 | | 6,976.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.98 | Unknown |

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 6)*

Ver: 15.06b

Case 08-04150   Doc 47   Filed 04/29/10   Entered 04/29/10 09:07:16   Desc Main
Document      Page 7 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit 8

| Case No: | 08-04150 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | Phillip D. Levey |
| Case Name: | KAMIEN, KENNETH K. | | | | Date Filed (f) or Converted (c): | 02/22/08 (f) |
| | KAMIEN, SUSIE | | | | 341(a) Meeting Date: | 03/24/08 |
| | | | | | Claims Bar Date: | 11/28/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $257,301.00 | $59,776.00 | | $6,979.98 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/09     Current Projected Date of Final Report (TFR): 11/30/09

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 7)*

Ver: 15.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 08-04150 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | KAMIEN, KENNETH K. | | Bank Name: | BANK OF AMERICA |
| | KAMIEN, SUSIE | | Account Number / CD #: | *******3179 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4879 | | | |
| For Period Ending: | 03/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/24/08 | 15 | Kenneth & Susie Kamien | 2007 Tax Refund-Installment | 1124-000 | 4,976.00 | | 4,976.00 |
| 08/29/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.08 | | 4,976.08 |
| 09/29/08 | 15 | Kenneth & Susie Kamien | Installment-Tax Refund | 1124-000 | 1,000.00 | | 5,976.08 |
| 09/30/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 0.61 | | 5,976.69 |
| 10/22/08 | 15 | Kenneth Kamien | Installment - Tax Refund | 1124-000 | 1,000.00 | | 6,976.69 |
| 10/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.57 | | 6,977.26 |
| 11/28/08 | 16 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.56 | | 6,977.82 |
| 12/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.36 | | 6,978.18 |
| 01/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,978.24 |
| 02/27/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.05 | | 6,978.29 |
| 03/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.06 | | 6,978.35 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD. | TRUSTEE'S BOND | 2300-000 | | 11.01 | 6,967.34 |
| | | 701 POYDRAS STREET | BOND NUMBER 016026455 | | | | |
| | | SUITE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.15 | | 6,967.49 |
| 05/29/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,967.67 |
| 06/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,967.84 |
| 07/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,968.02 |
| 08/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,968.20 |
| 09/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,968.37 |
| 10/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.17 | | 6,968.54 |
| 11/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,968.72 |
| 12/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.18 | | 6,968.90 |
| 01/14/10 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 6,968.97 |
| 01/14/10 | | Transfer to Acct #*******3496 | Final Posting Transfer | 9999-000 | | 6,968.97 | 0.00 |

Page Subtotals    6,979.98    6,979.98

Ver: 15.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-04150 -PSH | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | KAMIEN, KENNETH K. | Bank Name: | BANK OF AMERICA |
| | KAMIEN, SUSIE | Account Number / CD #: | *******3179  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4879 | | |
| For Period Ending: | 03/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 6,979.98 | 6,979.98 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 6,968.97 | |
| | | | Subtotal | | 6,979.98 | 11.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 6,979.98 | 11.01 | |

Page Subtotals    0.00    0.00

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2      Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**      Exhibit 9

| Case No: | 08-04150 -PSH | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | KAMIEN, KENNETH K. | Bank Name: | BANK OF AMERICA |
|  | KAMIEN, SUSIE | Account Number / CD #: | *******3496 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4879 | | |
| For Period Ending: | 03/07/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/14/10 | | Transfer from Acct #*******3179 | Transfer In From MMA Account | 9999-000 | 6,968.97 | | 6,968.97 |
| 01/14/10 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 1,448.00 | 5,520.97 |
| 01/14/10 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 28.59 | 5,492.38 |
| 01/14/10 | 000103 | Phillip D. Levey | Attorney for Trustee Expenses (Trus | 3110-000 | | 1,694.00 | 3,798.38 |
| 01/14/10 | 000104 | LVNV Funding LLC assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000001, Payment 9.18509% | 7100-000 | | 52.84 | 3,745.54 |
| 01/14/10 | 000105 | PYOD LLC assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 9.18478% | 7100-000 | | 492.87 | 3,252.67 |
| 01/14/10 | 000106 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany OH 43054-3025 | Claim 000003, Payment 9.18476% | 7100-000 | | 232.30 | 3,020.37 |
| 01/14/10 | 000107 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000004, Payment 9.18134% | 7100-000 | | 19.66 | 3,000.71 |
| 01/14/10 | 000108 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000005, Payment 9.18470% | 7100-000 | | 1,227.28 | 1,773.43 |
| 01/14/10 | 000109 | Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120 | Claim 000006, Payment 9.18473% | 7100-000 | | 252.23 | 1,521.20 |
| | | | Page Subtotals | | 6,968.97 | 5,447.77 | |

Ver: 15.06b

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 10)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-04150 -PSH | | Trustee Name: | Phillip D. Levey |
| Case Name: | KAMIEN, KENNETH K. | | Bank Name: | BANK OF AMERICA |
| | KAMIEN, SUSIE | | Account Number / CD #: | *******3496 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4879 | | | |
| For Period Ending: | 03/07/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/14/10 | 000110 | Miami, FL 33131<br>Capital Recovery II<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | Claim 000007, Payment 9.18459% | 7100-000 | | 66.13 | 1,455.07 |
| 01/14/10 | 000111 | eCAST Settlement Corp assignee of HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Claim 000008, Payment 9.18467% | 7100-000 | | 1,455.07 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,968.97 | 6,968.97 | 0.00 |
| Less: Bank Transfers/CD's | 6,968.97 | 0.00 | |
| Subtotal | 0.00 | 6,968.97 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 6,968.97 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3179 | 6,979.98 | 11.01 | 0.00 |
| Checking Account (Non-Interest Earn - ********3496 | 0.00 | 6,968.97 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 6,979.98 | 6,979.98 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       1,521.20

Ver: 15.06b

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 11)*